ROBERT GRIFFIN v. WM. WRIGHT, ADM'R.

(No. 111, Tex. L. J., vol. 1, p. 85.)

APPEAL from Galveston County. Opinion by WINKLER, J.

§ 638. *Sale of goods; delivery, when sufficient.* Where the arrangement and sale of a stock of goods covered the entire stock remaining in the house, there was nothing further to be done by way of separating or setting them apart from other goods; and being then in the house

owned by the claimant, and under the control of the debtor, no further delivery was necessary. [Benjamin on Sales, 660 et seq.; Cleveland v. Williams, 29 Tex. 204.]

§ 639. *Goods sold remaining in possession of seller.* When goods sold are allowed to remain in the possession of the seller, the possession is *prima facie* fraudulent, yet the nature and character of the possession may be explained, and if shown to be consistent with fair dealing, the contrary view, presented *prima facie* by the bare fact of possession, would be overcome. [Howerton v. Holt, 23 Tex. 52; Cain v. Thomas, 26 Tex. 581.]

March 12, 1877. Affirmed.